Betty McCabe, Objector-Appellant, v. Paul Dickerson, Administrator, and Lawrence J. Starman, Defendants-Appellees.

Gen. No. 67–44. (Abstract of Decision.)

Fifth District.

February 2, 1968.

Wham & Wham, of Centralia, for appellant; no brief filed for appellee. Opinion PER CURIAM. **Not to be published in full.**